

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2016

No. 04-16-00657-CV

**EX PARTE JOSEPH OLIVER**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-07718
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

To date, appellant, the Texas Attorney General's Medicaid Fraud Control Unit, has failed to pay the applicable filing fee in this appeal. Texas Rule of Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay— at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We, therefore, ORDER appellant, within ten (10) days of the date of this order, to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that it is excused by statute or these rules from paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court